Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., in the Block Bounded by Driggs Avenue, North Fourth Street, Roebling Street and North Fifth Street, in the Borough of Brooklyn, etc., for School Purposes. Petition of CAMALIA GIOIA, as Executrix, etc.— Matter referred to Arthur J. Stern, Esq., to take testimony and report the same to this court, with his opinion. Frederick Leslie Cadman, Esq., appointed as guardian ad litem. Present — Thomas, Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., in the Block Bounded by Driggs Avenue, North Fourth Street, Roebling Street and North Fifth Street, in the Borough of Brooklyn, etc., for School Purposes. Petition of FANNIE ZECHNOWITZ and Others.— Matter referred to Arthur J. Stern, Esq., to take testimony and report same to this court, with his opinion. Frederick Leslie Cadman, Esq., appointed as guardian ad litem. Present — Thomas, Mills, Rich, Putnam and Kelly, JJ.

ELLEN A. BORGSTROM, Appellant, v. ALICE MOORE and Others, Defendants. ALBIN R. OLSON, Purchaser, Respondent.— Order of the County Court of Kings county of June 27, 1918, affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

BROOKLYN TRUST COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

ALVIN DARMSTADT, Appellant, v. HAROLD R. BERRY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

NORA BLATCH DEFOREST, Respondent, v. LEE DEFOREST, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

PETER DE PASQUALE, Appellant, v. UNITED CIGAR STORES COMPANY, Respondent.— Appeal from order, which purported to set aside the verdict for plaintiff and to dismiss the complaint, dismissed, upon the ground that such an appeal was unauthorized, and that the nonsuit granted by the trial court can be reviewed here only upon an appeal from the judgment entered dismissing the complaint. (See Withers v. State of New York, 61 App. Div. 251; Robinson v. Chinese Association, 42 id. 65.) Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

ADOLPH DOSCHER, Respondent, v. MITCHELL ROSENZWEIG and Another, Appellants, Impleaded with Another, Defendant.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

EUSTACE FARLEY, an Infant, by CHARLES L. FARLEY, His Guardian ad Litem, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.